FILED
August 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002825437

Michael D. McGranahan
Trustee in Bankruptcy
P.O. Box 5018
Modesto, CA 95352
Phone: (209) 524-1782

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>GONZALES, MARTIN & YOLANDA<br><br>Debtors. | Case No.: 10-90735<br>DC NO.: MDM-1<br>Chapter 7<br>Date: August 25, 2010<br>Time: 10:30 a.m.<br>Place: 1200 "I" Street, Ste. 4<br>Modesto, CA 95354<br>Judge: Hon: Ronald H. Sargis |

## DECLARATION OF TRUSTEE IN SUPPORT OF MOTION TO ABANDON

**TO: THE HONORABLE U.S. BANKRUPTCY JUDGE:**

**MICHAEL D. McGRANAHAN**, hereby declares as follows:

    1. I am the duly appointed and qualified Chapter 7 trustee for the debtor(s) named above.

    2. Among the assets which constitute property of the estate is the real property commonly described as:

        A. 5205 Cottage Lane, Salida, CA, 95368 ("Property A")

        B. 5304 Rulon Court, Salida, CA 95368 ("Property B")

---

DECLARATION OF MICHAEL D.
MCGRANAHAN IN SUPPORT OF. . .      1

Gonzales Declaration.doc

C. 536 Cormorant Drive, Modesto, CA, 95354 ("Property C")

D. 2118 Dominic Ave., Hughson, CA 95326 ("Property D")

3. The aforementioned properties have the following values and encumbrances:

| PROPERTY | VALUE | DEBT |
|---|---|---|
| Property A | $83,000 | $80,000 |
| Property B | $110,000 | $124,700 |
| Property C | $150,000 | $362,600 |
| Property D | $250,000 | $315,000 |

4. Property A, B, C, and D listed above, taking into account mortgages, liens, debtor exemptions, and costs of sale, have no equity for the benefit of the estate. Therefore, said Properties are over-encumbered and burdensome to the estate.

5. The estate would potentially suffer detrimental tax consequences should these Properties be foreclosed upon during the pendency of the case.

It is my opinion, based on the foregoing, that the real property commonly described as: **5205 Cottage Lane, Salida, CA, 95368; 5304 Rulon Court, Salida, CA 95368; 536 Cormorant Drive, Modesto, CA, 95354; and 2118 Dominic Ave., Hughson, CA 95326,** have insufficient value to warrant administration and are burdensome to the estate.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. I am competent to give this testimony if called upon to do so.

DATED: July 28, 2010

   /s/ Michael D. McGranahan
MICHAEL D. McGRANAHAN
Trustee