FILED
December 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003127642

Michael D. McGranahan
Trustee in Bankruptcy
PO Box 5018
Modesto, CA 95352
(209) 524-1782

# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### Modesto Division

| | |
|---|---|
| In re: | Case No.: 10-90735 |
| GONZALES, MARTIN & YOLANDA | DC NO.: MDM-2 |
| | Chapter 7 |
| Debtor. | Date: N/A<br>Time: N/A<br>Place: 1200 "I" Street, Suite 4<br>Modesto, CA 95354<br>Judge: Hon. Ronald H. Sargis |

## MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

Comes now MICHAEL D. McGRANAHAN ("McGranahan"), Trustee of the Chapter 7 bankruptcy estate of debtor named above and moves the Court for authorization to sell, pursuant to the provisions of 11 U.S.C. §363 and Bankruptcy Rule 6004, the following two sales of personal property:

### Sale Number One

**One (1) 2006 Ford F-350 pickup truck, ("VEHICLE 1").**

Trustee has inspected said Vehicle 1 and determined its liquidation value to be approximately $11,000. Said Vehicle is encumbered by Ford Credit in the amount of $4,800. The Trustee proposes to sell the aforementioned Property listed above to the Debtor for the

sum of $4,750.00. Debtor has paid $2,000 to the Trustee; the balance will be paid by Dec. 31, 2010. Trustee McGranahan believes that a sale to Debtor is in the best interests of creditors and will bring the best possible net price, after taking into consideration costs of sale and legal fees.

If any party wishes to pay more than *net* $4,750 for said Vehicle 1, they must deposit this sum with the Trustee, and request a hearing on this sale. Bidding will take place at said hearing. If no hearing is requested in this matter, the proposed sale will be confirmed without a hearing or further notice.

### Sale Number Two

**One (1) 2004 Jeep vehicle, VIN # 1J4FA49S04P767440 ("VEHICLE 2").**

Vehicle 2 is unencumbered and is not claimed as exempt. The Trustee proposes to sell the Vehicle 2 by public auction. Trustee McGranahan believes that sale by public auction is in the best interests of creditors and will bring the best possible price. The trustee has employed auctioneer Huisman Auctions, Inc. The sale will be held on **Saturday, January 15, 2011** at the Huisman Auction facility located at 13070 West Stockton Blvd., Galt, California, beginning at 9:00 a.m. The property can be previewed on Friday, January 16, 2011, or prior to the start of the auction.

Huisman Auction will receive a 15% commission on the gross proceeds of sale, which the trustee estimates to be $6,000, or a commission of $900.00. The auctioneer's commission will include costs of pickup and transportation, storage and advertising, but not costs of repairs on vehicles and detailing, estimated at $100. The auctioneer will also receive a 10% buyer's premium on all sales, paid by the buyer.

Dated: December 1, 2010

/s/ Michael D. McGranahan
MICHAEL D. McGRANAHAN